| | |
|---|---|
| Eric M. Sorenson, | Case No. 21-cv-00671-NEB-LIB |
| Plaintiff, | **LR 7.1(f) AND (h) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| State of Minnesota, et al. | |
| Defendants. | |

I, Brendan Kenny, certify that the:

☒ Memorandum titled: Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint complies with Local Rules 7.1(f) and 7.1(h).

☒ I further certify that, in preparation of this document, I used Microsoft Word for 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

☒     I further certify that the above document contains 7,172 words.

Dated:  June 24, 2021.

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Brendan Kenny**
BRENDAN KENNY
Assistant Attorney General
Atty. Reg. No. 0391791

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 583-7799 (Direct)
brendan.kenny@ag.state.mn.us

*Attorneys for State of Minnesota, Minnesota Department of Human Services, Minnesota Sex Offender Program, Krista Lynn Gilpin (individual and official capacities), Nicole D. Boder (individual and official capacities), Eric Skon (individual and official capacities)*

|#4996033-v1