UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Eric M. Sorenson, *also known as*, Cherrity Honesty-Alexis Meranelli,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Minensota, et al.,<br><br>　　　　　Defendants. | No. 21-cv-671 (KMM/DJF)<br><br>**ORDER** |

　　As this Court has previously noted, Magistrate Judge Dulce Foster issued a Report and Recommendation and Order ("R&R") that recommended granting the Defendants' motion to compel and for sanctions based on the Plaintiff Cherrity Honesty-Alexis Meranelli's willful failure to comply with her discovery obligations. Ms. Meranelli had not responded to the underlying motion from the defense. This Court adopted that R&R without objection from Ms. Meranelli, but she later filed a request seeking leave to respond to the Defendants' motion to compel and for sanctions. In an Order dated February 27, 2023, the Court denied that request to file an untimely response. [Dkt. 178.] In that Order, the Court explained that Ms. Meranelli had essentially asked the Court to reconsider and vacate the Order it entered adopting the R&R without providing justification for such relief and where doing so would be unfairly prejudicial to the Defendants. [*Id.*]

　　Not to be deterred, on March 20, 2023, Ms. Meranelli filed a document entitled "Plaintiff's Objections to Report and Recommendations and Order at ECF Doc No. 168"

in which she asserts that the R&R's conclusion that she should be sanctioned for discovery misconduct should be rejected, and the Magistrate Judge's Orders concerning discovery and the Scheduling Order should be set aside as clearly erroneous and contrary to law. [Dkt. 181.] These objections to the R&R are untimely and provide no reason for the Court to reach a different conclusion now concerning the resolution of Defendants' discovery, scheduling, and sanctions motions through the Magistrate Judge's prior decision or this Court's Order adopting them.

Accordingly, the Court **DENIES** Ms. Meranelli's requests to sustain her objections to the R&R, overrule the R&R, and deny the Defendants' motion for sanctions and to modify the scheduling order. [Dkt. 181 at 15.]

Date: **March 30, 2023**          *s/ Katherine M. Menendez*
                                   Katherine M. Menendez
                                   United States District Judge